**Opinion issued June 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00468-CV

———————————

**LARRY MILLER, Appellant**

**V.**

**PUNJABI RITESH AND PANJABI LOVINA, Appellees**

On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Case No. 1171418

## MEMORANDUM OPINION

Appellant filed a brief on August 8, 2022 that failed to comply with the requirements of Rule 38.1 and was stricken by the Court by order issued on March 7, 2023. In this order, the Court outlined the deficiencies in the brief filed on August 8, 2022 and set the deadline for the filing of a corrected brief on April 6,

2023.  The Court further stated that if the brief was not filed, the appeal was subject to dismissal.  No corrected brief or motion for extension was filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.